## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FAITH REGIONAL HEALTH SERVICES,

        Case No.:  8:20-cv-00444

        Plaintiff,

v.

IRONSHORE INDEMNITY, INC., and
UMR, INC.,

        Defendants.

**NOTICE OF SERVICE OF
DEFENDANT UMR, INC.'S
DISCOVERY**

Defendant UMR, Inc. hereby gives notice that Defendant UMR's Requests for Production of Documents to Plaintiff (Set 1), Defendant UMR's Requests for Admissions to Plaintiff (Set 1), and Defendant UMR's Interrogatories to Plaintiff (Set 1) were served upon Plaintiff; and Defendant UMR, Inc.'s Requests for Production of Documents to Defendant Ironshore Indemnity, Inc. (Set 1), Defendant UMR's Requests for Admissions to Defendant Ironshore Indemnity, Inc. (Set 1), and Defendant UMR's Interrogatories to Defendant Ironshore Indemnity, Inc. (Set 1) were served upon Defendant Ironshore Indemnity, Inc. on this 23rd day of April, 2021.

Dated:  April 23, 2021

s/ Kadee J. Anderson
Kadee J. Anderson (MN Bar No. 389902)
Kacie J. Phillips (MN Bar No. 399980)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
E-mail:  kacie.phillips@stinson.com
        kadee.anderson@stinson.com

**ATTORNEYS FOR DEFENDANT
UMR, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2021, this certificate of service was filed electronically with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the below-listed individuals.  A true and correct copy of the discovery responses described in this certificate of service was sent by email and United States mail, first-class postage prepaid, to the below-listed individuals.

Steven D. Davidson
Nicholas F. Miller
BAIRD HOLM LAW FIRM
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
sdavidson@bairdholm.com
nmiller@bairdholm.com

Todd C. Kinney
John J. Westerhaus
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
Todd.Kinney@KutakRock.com
John.Westerhaus@KutakRock.com

                                    s/ Kadee J. Anderson